**STATE of Missouri, Respondent,**

v.

**Robert LEE, Jr., Appellant.**

**No. WD 54403.**

Missouri Court of Appeals,
Western District.

April 21, 1998.

Emmett D. Queener, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Barbara K. Chesser, Asst. Atty. Gen., Jefferson City, for respondent.

Before EDWIN H. SMITH, P.J., and SMART and ELLIS, JJ.

### ORDER

PER CURIAM.

Robert Lee, Jr., appeals from the judgment of the Circuit Court of Henry County of his jury convictions and sentences for the class A felonies of first degree robbery,

§ 569.020, and armed criminal action, § 571.015.

Judgment affirmed. Rule 30.25(b).